# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO RICHARD HERNANDEZ,** | NO. LA CV 09-08374-VBF-JC |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| FRANCISCO JACQUES (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Opinion and Order issued this same date, final judgment is entered in favor of respondent Francisco Jacques (Warden) and against petitioner Ricardo Richard Hernandez.

DATED: May 2, 2014

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE